UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CODY RICHARD,** | § | |
| | § | **CAUSE NO. CIV-16-499C** |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **CONN APPLIANCES, INC.,** | § | |
| | § | |
| Defendant. | § | |

## STIPULATION TO ARBITRATION

Plaintiff Cody Richard ("Plaintiff") files this Stipulation to Arbitration and would show the Court as follows:

1. Plaintiff filed his Original Complaint May 12, 2016, alleging violations under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. in connection with Conn's attempt to collect on a debt.

2. Plaintiff purchased merchandise from Conn's in exchange for a promise of payment. The Parties memorialized the financing terms in a retail installment contract that Plaintiff signed. The retail installment contract contains an arbitration provision that covers all claims arising from Plaintiff's debt. Because the claims in Plaintiff's Complaint fall within the scope of this provision, the parties have agreed to move this case to arbitration.

IT IS THEREFORE **AGREED AND STIPULATED** as follows:

i. Plaintiff's claims are subject to binding arbitration.

ii. The parties request the Court order this action to arbitration and stay the proceedings pending completion of arbitration.

Dated:   August 11, 2016

Respectfully submitted,

By: */s/ Sergei Lemberg*
    **Sergei Lemberg, Esq.**
    LEMBERG LAW, LLC
    43 Danbury Road
    Wilton, CT 06897
    Telephone: (203) 653-2250
    Facsimile: (203) 653-3424
    E-mail: slemberg@lemberglaw.com

    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on August 11, 2016, a true and correct copy of forgoing document was electronically filed via the Court's CM/ECF filing system and served on all counsel of record.

                                            */s/ Sergei Lemberg*
                                            Sergei Lemberg

MHDocs 7079530_1 14488.96