# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CODY RICHARD,** § | |
| § | **CAUSE NO. CIV-16-499C** |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| **CONN APPLIANCES, INC.,** § | |
| § | |
| Defendant. § | |

## ORDER ON STIPULATION TO ARBITRATION

On this day, the Court considered the Parties' Stipulation to Arbitration. The Court, having reviewed the Stipulation on file, is of the opinion that it should be GRANTED. It is, therefore:

ORDERED that the above-styled case is stayed pending the completion of arbitration.

SIGNED this 12th day of August, 2016.

_____
ROBIN J. CAUTHRON
United States District Judge