UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CODY RICHARD,** § | |
| § | **CAUSE NO. CIV-16-499C** |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| **CONN APPLIANCES, INC.,** § | |
| § | |
| Defendant. § | |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

Cody Richard ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 24, 2017

Respectfully submitted,

PLAINTIFF, Cody Richard

*/s/ Sergei Lemberg*

Sergei Lemberg, Esq.
LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 24, 2017, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of Oklahoma Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By  */s/ Sergei Lemberg*_____
              Sergei Lemberg, Esq.